## CROSS *v.* UNITED STATES BOARD OF PAROLE ET AL.

No. 842, Misc.  Decided January 22, 1968.

*Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.

## CREPEAULT *v.* VERMONT.

No. 778, Misc.  Decided January 22, 1968.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.